USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2021

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

DONNA HEDGES and on behalf of all other persons similarly situated,

        Plaintiff,

–against–

L&D LLC,

        Defendant.

21 CV 00973 (VEC)

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant.

Dated: New York, New York
       June 4, 2021

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

*/s/ Justin Zeller*

By:  Justin A. Zeller
      Attorneys for Plaintiff
277 Broadway, Suite 408
New York, New York 10007-2036
(212) 229-2249 – Telephone
(212) 229-2246 – Facsimile
jazeller@zellerlegal.com

---

This matter is hereby dismissed without prejudice.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

*/s/ Valerie Caproni*   Date: June 7, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE